UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
MIAMI, FLORIDA

CASE NO.: 07-22074-CIV-LENARD/GARBER

LUZ DIAZ,

      Plaintiff,

vs.

TRANSATLANTIC BANK,

      Defendant.
_____/

## NOTICE OF APPEAL FROM FINAL DECISION

Notice is hereby given that Ms. LUZ DIAZ, Plaintiff in the above-named case, hereby appeals pursuant to Federal Rules of Appellate Procedure, Rule 4(a)(1)(A), to the United States Court of Appeals for the Eleventh Circuit from an Order of the Judge Granting Defendant's Motion for Summary Judgment entered in this action on November 10, 2008, and a Motion to Alter Judgment pursuant to Rule 59 denied on May 19, 2009.

By: s/Mayra L. Gonzalez
Mayra Gonzalez, Esq.
FBN: 540498
**INTERNATIONAL IMMIGRATION &**
**LABOR SERVICES**
One East Broward Blvd.
Suite 700
Ft. Lauderdale, FL 33301
Tel: 954-745-5821
Fax: 954-745-5812

## CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court. Further, I am admitted to the United States Court of Appeals for the Eleventh Circuit since December 19, 2003.

Dated: June 16, 2009

By: s/*Mayra L. Gonzalez*
Mayra Gonzalez, Esq.
FBN: 540498
**INTERNATIONAL IMMIGRATION &
LABOR SERVICES**
One East Broward Blvd.
Suite 700
Ft. Lauderdale, FL 33301
Tel: 954-745-5821
Fax: 954-745-5812

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents is being served this date on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmissions of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

**Luz Diaz vs. Transatlantic Bank.**
**Case No.: 07-22074-CIV-LENARD/GARBER**
**United States District Court, Southern District of Florida**

Joseph R. Gosz, Esq.
jrgosz@corderoassociates.com
CORDERO & ASSOCIATES, P.A.
Attorneys for Defendant
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4650
Miami, Florida 33131
Telephone:  305-777-2677
Telefax:  305-777-2670
CM/ECF Electronic Filing